JS-4

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIN MASTER LTD., <br><br> *Plaintiff,* <br><br> vs. <br><br> ALPHA GROUP US, LLC, and AULDEY TOYS OF NORTH AMERICA, LLC, <br><br> *Defendant(s).* | Case No. 2:18-cv-01046-RGK-E <br><br> [PROPOSED] ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> Judge: Hon. R. Gary Klausner |

Pursuant to the joint stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED:

1. The case and all pending claims and counterclaims stated against all parties are dismissed without prejudice.

2. The parties are to bear their own respective fees and costs.

Dated: 01.03, 2019

GARY KLAUSNER

_____
HON. R. GARY KLAUSNER